# EXHIBIT D

## United States District Court Eastern District of New York

| | |
|---|---|
| Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC<br>Plaintiff(s),<br>vs.<br>Starway Logistics, LLC and Tengiz Okropilashvili<br>Defendant(s). | Index Number: 2:24-cv-02525-JMW<br>Filed On: 4/4/2024<br>Court Date:<br><br>AFFIDAVIT OF SERVICE |

STATE OF Pennsylvania: COUNTY OF Bucks

I, Christopher Lemerise, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Pennsylvania. That on 04/19/2024 at 5:30 PM at 118 Clearview Avenue, Huntingdon Valley, PA 19006, deponent served the within Summons in a Civil Action & Amended Complaint with Civil Cover Sheet bearing Index # 2:24-cv-02525-JMW on Tengiz Okropilashvili, Defendant therein named.

INDIVIDUAL: By delivering thereat a true copy of each to said Defendant personally; deponent knew said person so served to be the person described as said Defendant therein.

DESCRIPTION: Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Male Race/Skin: White Age: 51 - 65 Yrs. Weight: 161-200 Lbs. Height: 5ft 9in - 6ft 0in Hair: Bald Glasses: No Other:

X _____
Christopher Lemerise

Subscribed and sworn to before me, a notary public, on this 30th day of April, 2024.

_____
Notary Public

Job # 286582

Client Reference: 530001.037 Bronster 2 of 2

TMS SERVICES INC, 977 N. BROADWAY, MASSAPEQUA, NY 11758 LICENSE: 2112432-DCA

Commonwealth Of Pennsylvania - Notary Seal
Stephanie Hope Segal, Notary Public
Bucks County
My Commission Expires April 11, 2028
Commission Number 1240980